IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    14-cv-02187-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

DANIEL THIELEMIER,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff's and Defendant's claims against each other with prejudice, and the Court being fully advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant's claims against each other in this matter are hereby **DISMISSED WITH PREJUDICE**.

2. Each party shall bear its own attorneys' fees and costs.

3. This case is closed for administrative purposes.

Dated:   January 4, 2015

                            BY THE COURT:


                            /s/ Wiley Y. Daniel
                            WILEY Y. DANIEL,
                            SENIOR UNITED STATES DISTRICT JUDGE